No. 81–1717.   AMERICAN BANK & TRUST CO. ET AL. *v.*
DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. *v.* CHILDS
ET AL.; and WYNNEWOOD BANK & TRUST ET AL. *v.* CHILDS
ET AL., *ante,* p. 855.   Petition of Dallas County et al. for
rehearing denied.   Petition of City of Dallas et al. for rehear-
ing denied.   JUSTICE O'CONNOR took no part in the consider-
ation or decision of these petitions.

No. 81–2008.   PROCESS GAS CONSUMERS GROUP ET AL.
*v.* CONSUMER ENERGY COUNCIL OF AMERICA ET AL., *ante,*
p. 1216.   Petition for rehearing denied.   JUSTICE POWELL
took no part in the consideration or decision of this petition.

SEPTEMBER 12, 1983

No. 82–1916.   EMPRESA ECUATORIANA DE AVIACION,
S. A. *v.* DISTRICT LODGE NO. 100, INTERNATIONAL ASSO-
CIATION OF MACHINISTS & AEROSPACE WORKERS, ET AL.
C. A. 11th Cir.   Certiorari dismissed under this Court's Rule
53.

SEPTEMBER 21, 1983

No. 83–270.   MOORE *v.* MOORE.   Ct. App. Okla.   Certio-
rari dismissed under this Court's Rule 53.

SEPTEMBER 22, 1983

No. 82–5935.   JACKSON *v.* WAINWRIGHT, SECRETARY,
DEPARTMENT OF CORRECTIONS OF FLORIDA, *ante,* p. 1229.
Petition for rehearing dismissed under this Court's Rule 53.

SEPTEMBER 27, 1983

No. 83–5419.   STACY *v.* WAINWRIGHT.   Dist. Ct. App.
Fla., 1st Dist.   Certiorari dismissed under this Court's Rule
53.